# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1435     **Short Title:** Does, et al v. Mills, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
MTM Acquisition, Inc. and SJ Acquisition, Inc.
_____ as the

[   ] appellant(s)     [✔] appellee(s)     [   ] amicus curiae

[   ] petitioner(s)     [   ] respondent(s)     [✔] intervenor(s)

_____
Signature

6/6/2022
_____
Date

Katie Townsend
_____
Name

Reporters Committee for Freedom of the Press
Firm Name (if applicable)

(202) 795-9300
Telephone Number

1156 15th St NW, Suite 1020
Address

(202) 795-9310
Fax Number

Washington, D.C. 20005
City, State, Zip Code

ktownsend@rcfp.org
Email (required)

Court of Appeals Bar Number: 1190822

Has this case or any related case previously been on appeal?

[   ] No     [✔] Yes   Court of Appeals No. 21-1826

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |